# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

BARRINGTON TOMLINSON, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 17-02262

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BARRINGTON TOMLINSON the above process on the 11 day of July, 2017, at 3:38 o'clock, PM, at 624 E. EAST BASIN STREET NORRISTOWN, PA 19401, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: LAURDA TOMLINSON
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 36-40   Height 5'9   Weight 225   Race BLACK   Sex FEMALE   Hair BLACK
Military Status: [✓] No  [ ] Yes  Branch: _____

Commonwealth/State of **PA**        )
                                    ) SS:
County of **Berks**                 )

Before me, the undersigned notary public, this day, personally, appeared **D'wayne Henriksson** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-168487
Case ID #: 4932787

Subscribed and sworn to before me
this **13** day of **July**, 20**17**.

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017