# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff<br><br>v.<br><br>BARRINGTON TOMLINSON,<br><br>                      Defendant | No. 17-02262 |

## **DEFAULT JUDGMENT**

AND NOW, this ___15th___ day of ___August___, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Tuesday, May 16, 2017 and, after due service of process on Defendant, BARRINGTON TOMLINSON, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, BARRINGTON TOMLINSON, in the amount of $8,613.84. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: August 15, 2017

                                                  Clerk, United States District Court
                                                  EasternDistrict of Pennsylvania

                                    By:    s/ Nicole Durso
                                                  Deputy Clerk